# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| BRIAN ZULLI,<br><br>        Plaintiff,<br><br>v.<br><br>CITIGROUP GLOBAL MARKETS REALTY CORP., et al.,<br><br>        Defendants. | Case No. :  2:13-cv-07842 JAK (CWx)<br>Hon.:        John A. Kronstadt<br><br>**FINAL JUDGMENT**<br><br>**JS-6** |

On March 18, 2014, Defendants The Wolf Firm, A Law Corporation, Renae Murray, Frank Escalera, and North American Title Company (collectively the "Trustee Defendants") filed their Motion to Dismiss [Dkt. 33].

On April 28, 2014, at the hearing on the Motion to Dismiss [Dkt. 33], this Court provided notice to all parties that the Court was converting the Trustee Defendants' Motions to Dismiss [Dkt. 33] to a Motion For Summary Judgment ("Motion") and provided a schedule for supplemental briefing by the parties.

After consideration of the papers in support of and in opposition to the Trustee Defendants' Motion, the evidence submitted in connection with the Motion, and a decision having been duly rendered,

1    IT IS HEREBY ORDERED AND ADJUDGED that Plaintiff Brian Zulli take
2 nothing, that the action be dismissed on the merits against Defendants The Wolf
3 Firm, A Law Corporation, Renae Murray, Frank Escalera and North American Title
4 Company, and that they recover their costs of suit.

6 Dated: July 18 , 2014

   Hon. John A. Kronstadt
   United States District Judge