**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION**

| | |
|---|---|
| BRIAN ZULLI,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CITIGROUP GLOBAL MARKETS REALTY CORP., et al.,<br><br>　　　　Defendants. | Case No. :　2:13-cv-07842<br>Hon.:　　John A. Kronstadt<br><br>**AMENDED FINAL JUDGMENT** |

　　On January 10, 2014, defendants Ocwen Loan Servicing, LLC ("Ocwen"); Litton Loan Servicing LP ("Litton"); Mortgage Electronic Registration Systems, Inc. ("MERS"); Wells Fargo Bank, National Association, As Trustee For Citigroup Mortgage Loan Trust Inc., Asset-Backed Pass-Through Certificates, Series 2006-SHL1 ("Wells Fargo as Trustee") (collectively the "Ocwen Defendants") filed their Motion to Dismiss.

1  On March 18, 2014, Defendants The Wolf Firm, A Law Corporation, Renae Murray, Frank Escalera, and North American Title Company (collectively the "Trustee Defendants") filed their Motion to Dismiss.

4  On April 28, 2014, the Court heard the Motions to Dismiss of both the Trustee Defendants and Ocwen Defendants (jointly the "Defendants"), this Court provided notice to all parties that the Court was converting the Defendants' Motions to Dismiss to a joint Motion For Summary Judgment ("Motion") and provided a schedule for supplemental briefing by the parties.

9  After consideration of the papers in support of and in opposition to the Defendants' Motion as converted, the evidence submitted in connection with the Motion, and a decision having been duly rendered,

12  IT IS HEREBY ORDERED AND ADJUDGED that Plaintiff Brian Zulli ("Plaintiff") take nothing, that the action be dismissed on the merits against defendants Ocwen Loan Servicing, LLC; Litton Loan Servicing LP; Mortgage Electronic Registration Systems, Inc.; Wells Fargo Bank, National Association, As Trustee For Citigroup Mortgage Loan Trust Inc., Asset-Backed Pass-Through Certificates, Series 2006-SHL1; The Wolf Firm, A Law Corporation; The Wolf Firm; Renae C. Murray; Frank Escalera; and North American Title Company, and that Defendants recover their costs of suit.

20  On September 10, 2014, this Court gave notice of a Status and Scheduling Conference for October 6, 2014. On October 6, 2014, in accordance with multiple orders issued, the Status and Scheduling Conference was held in the action as to the remaining defendants and claims in the case. At the Status and Scheduling Conference, Steve W. Pornbida, Esq. of Houser & Allison, APC appeared for the Ocwen Defendants, there was no appearance for or on behalf of Plaintiff. Although orders issued on September 10, 2014 and September 29, 2014 and were served on all

1 parties requiring responses and the filing of certain documents, and despite attempts
2 by the Ocwen Defendants to coordinate a joint response where appropriate prior to
3 the Status and Scheduling Conference, Plaintiff failed to respond to those Orders
4 until filing a non-substantive response on October 14, 2014. In Plaintiff's
5 Declaration filed on October 14, 2014, he requested additional time to comply with
6 the aforementioned Orders, and for the reasons stated in the Order Re Plaintiff's
7 Request for Continuance, Plaintiff's request was DENIED.

8 Notwithstanding this Court's prior Orders to Plaintiff that he present evidence
9 regarding multiple defendants as identified in the Complaint, Plaintiff failed to do
10 so. Therefore, because it has been shown the following are not distinct or separate
11 from one or more of those Ocwen Defendants as to which judgment was previously
12 entered in this action:

13 IT IS FURTHER ORDERED AND ADJUDGED that the following
14 defendants are dismissed Without Prejudice: (i) Defendants Wells Fargo Bank, N.A.,
15 Successor by merger to Wells Fargo Bank Minnesota, N.A., as Trustee for Asset-
16 Backed Pass-Through Certificates Series 2006-SHLI Under the Pooling and
17 Servicing Agreement dated as of October 1, 2006 whose address is c/o Ocwen Loan
18 Servicing, LLC 1661; (ii) Wells Fargo Bank N.A., Successor by merger to Wells
19 Fargo Bank Minnesota, N.A. as Trustee for Asset-Backed Pass-Through Certificates
20 Series 2006-SHLI under the Pooling and Servicing Agreement dated as of October
21 1, 2006 by its Attorney in Fact Ocwen Loan Servicing LLC; (iii) Wells Fargo Bank
22 National Association, as Trustee for CitiGroup Mortgage Loan Trust, Asset-Backed
23 Pass-Through Certificates Series 2006-SHLI, by Ocwen Loan Servicing, LLC it's
24 Attorney in Fact, CitiGroup Mortgage Loan Trust, Ocwen Loan Servicing, LLC; and
25 (iv) Mortgage Electronic Recording Systems.

26
27

FINALLY, IT IS ORDERED AND ADJUDGED that all remaining claims against any and all other defendants named in this action are dismissed with prejudice for failure to prosecute and failure to comply with this Court's Orders.

Dated:  October 31, 2014

_____
Hon. John A. Kronstadt
United States District Judge

_____

[1] To the degree determinable from the Complaint, Plaintiff's various erroneous versions of this defendant include:  Wells Fargo Bank N.A. Succesor By Merger To Wells Fargo Bank Minnesota, N.A., As Trustee For Asset-Backed Pass-Through Certificates Series 2006- SHL1 Under The Pooling And Servicing Agreement Dated As Of October 1, 2006 whose address is c/o Ocwen Loan Servicing, LLC 1661 Worthington Road, Suite 100, West Palm Beach, Fl 33409 ("Assignor") To Wells Fargo Bank, National Association, As Trustee For Citigroup Mortgage Loan Trust, Asset-Backed Pass-Through Certificates Series 2006- SHL1, whose address is c/o Ocwen Loan Servicing, LLC, 1661 Worthington Road, Suite 100, West Palm Beach, Fl 33409 ("Assiggnee"); Wells Fargo Bank N.A. Succesor By Merger To Wells Fargo Bank Minnesota, N.A., As Trustee For The Asset-Backed Pass-Through Certificates Series 2006- SHL1 Under The Pooling And Servicing Agreement Dated As Of October 1, 2006 By Its Attorney In Fact Ocwen Loan Servicing, LLC; and Wells Fargo Bank, National Association, As Trustee For Citigroup Mortgage Loan Trust Asset-Backed Pass-Through Certificates Series 2006- SHL1, By Ocwen Loan Servicing, LLC, It's Attorney In Fact